| U.S. Patent 8,655,341<br>Claim 1 | Snap Application |
|---|---|
| 1. A method for viral distribution of applications on networked mobile devices comprising steps of: | Snap infringes claim 1 directly because it makes, uses, sells, offers for sale, and/or imports the Snapchat application and associated services as described herein ("Snapchat" or "Accused Instrumentalities" or "Snapchat System").  The Snapchat application is employed by Snap as a part of the Snapchat System as a method for viral distribution of applications on networked mobile devices. Mobile devices can be cell phone, tablets, laptop computers, netbooks, or other mobile devices or wireless communications devices.<br><br>The Snapchat application is a social media messaging app owned by Snap, Inc.  It includes a feature to virally invite other people to download and sign up for Snapchat.  It does this by allowing current users to contacts for the Snapchat system to invite by sending links to prospective users by accessing the phone's contact list, which are sent to their networked mobile devices by the Snapchat System.<br><br>This method of sending application download invitations to prospective users is a form of viral distribution |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 1 | Snap Application |
|---|---|
| a. installing software on said networked mobile devices, |  |

Snap installs the Snapchat application software on user's networked mobile devices such as mobile phones.

The Snapchat application installation is initiated after a user grants permission for the application to be installed. The installation is accomplished by Snap distributing the Snapchat application from a depository such as the Apple App store or the Google Play store, for example. The Snapchat software is at all times owned by and in the control of Snap during the installation

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341<br>Claim 1 | Snap Application |
|---|---|
|  | process. On information and belief, the Snapchat application is not sold or given away, but rather the user is granted a license to use the Snapchat application.<br><br>Therefore, even when the Snapchat application is hosted on a third party store, it is still Snap that is installing the software. The user grants permission to install, but it is Snap that controls the installation of the software, which thereafter causes the self-executing software to begin the installation process.<br><br>To the extent that it is determined that the initiation of the installation recited in this step is not performed directly under the control of Defendant, but rather is performed by a a host or a customer, Plaintiff asserts that Defendant still directly infringes this element. The Federal Circuit has held that there are circumstances in which others' acts may be attributed to an accused infringer to support direct infringement liability of method claims. See *Travel Sentry, Inc. v. Tropp*, 877 F.3d 1370, 1381 (Fed. Cir. 2017).<br><br>The user's mobile device is networked in that it is capable of connecting to a network such as a mobile network (5G, e.g.) or to the internet via WiFi. |
| b. reading, by means of said software, some portion of a contact list stored on said networked mobile devices; | Snap, via the Snapchat application (software) reads some portion of a contact list stored on a user's networked mobile device upon which the Snapchat application has been installed. The "some portion" of the user's full contact list that is read by the Snapchat application is between 0 and 100% of the user's full list, depending on the permissions selected by the user. |

**Exhibit B to First Amended Complaint**

The screenshots provided here shown that Snapchat application is allowed to read at least some portion of the user's contact list.



**Exhibit B to First Amended Complaint**

**U.S. Patent 8,655,341**
**Claim 1**

**Snap Application**



As an example, a user with 100 contacts stored in their phone may choose less than all of their contacts – say 20 contacts – for the Snapchat System to invite to install the Snapchat application. Those 20 contacts comprise "some portion" of the 100 name contact list stored on the user's phone according to this element.

**Device Phonebook.** Because our services are all about communicating with friends, we may — with your permission — collect information from your device's phonebook, such as your contacts and related information.

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 1 | | Snap Application |
|---|---|---|
| c. transmitting said portion of said contact list to a server; |  | Snap, via the Snapchat application, transmits said portion of said contact list to a Snap server.<br><br>As shown herein, the Snapchat application states that the contact list is transmitted to Snapchat's server. |
| d. sending invitation to install said software to unregistered users from said portion of said contact list; | | Snap, via the Snapchat application and associated Snapchat server(s), sends an invitation to install the Snapchat application to unregistered users from "said portion" previously sent to the Snapchat server.<br><br>As shown in the screenshots here, the Snapchat application has determined which users are "Already on Snapchat" (i.e., registered users) and which are not already on Snapchat (I.e., unregistered users). |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 1 | Snap Application |
|---|---|
|  | The Snapchat application sends invitations to install the Snapchat application to unregistered users in the "portion" of the contact list (as selected by the user).<br><br>As seen, the Snapchat application sends invitations only to the portion of the contact list that is not registered and for which the user has selected to be in the invitation portion of the contact list.<br><br>Continuing the previous example, of the 100 contacts on a user's phone, only 20 user's were selected for invitations. Of those 20, Snap determines that a portion of those invitees are "Already on Snapchat" and a portion are not and are therefore eligible to be sent an invitation. In this scenario, there may be say, only 10 users of the prior 20 named "portion" of the contact list who are not already registered users who are to be invited to use the Snapchat app. Snap sends an invite to those 10 users. |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341<br>Claim 1 | Snap Application |
|---|---|
| | **Device Phonebook.** Because our services are all about communicating with friends, we may — with your permission — collect information from your device's phonebook, such as your contacts and related information.<br><br>**Add Friends from Your Contacts** 🗓<br><br>You can add friends from the contacts in your phone or other device. If they don't have a Snapchat account, you can invite them to create one 👻<br><br>**To add friends from your device's contact list...**<br><br>1. Tap the Profile icon at the top to go to your Profile<br>2. Tap '**Add Friends**'<br>3. Tap '**All Contacts**'<br>4. Tap '**+ Add**' to add them as a friend! |
| e. installing said software on some portion of those networked mobile devices listed on said contact list upon accepting of said invitation to install said software; | Snap, via the Snapchat application and associated servers, installs the Snapchat application software on some portion of those networked mobile devices listed on said contact list upon accepting of said invitation to install said software.<br><br>The Snapchat application is installed only on those phones who were: 1) on the first portion of the contact list sent to the Snap server; 2) who were not already registered users; 3) who were sent an invitation to install Snapchat application; and 4) who ultimately accepted the invitation and initiated the installation of the Snapchat application. |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 1 | Snap Application |
|---|---|
| | As with element 1.a, above, Snap performs the installation of the Snapchat application software on the user's phone. The screenshot here shows the invitation sent by Snap to a user, inviting the person to install the Snapchat application. Continuing the previous example, Snap sent invitations to 10 users (out of 100 on the example user's phone). Of those 10 users to whom an invitation was sent, some subportion accepted the invitation to install the Snapchat application. In this example, let's say that 5 users accepted the invitation and had the Snapchat application installed. Thus, out of 100 total contacts on the example user's phone, 20% were uploaded to the Snap server, 10% were not already registered and were thus sent an invitation to install the application, and 5% ultimately had the application installed on their phones. |
| f. repeating steps b-e for each contact on each of said networked mobile devices, whereby viral distribution of software across a multitude of | Snap, via the Snapchat application and associated servers and facilities, then repeats Steps b-e, above, for each contact on each of said networked mobile devices, whereby viral distribution of software across a multitude of networked mobile devices is achieved. Claim element 1.f does not require that each contact receive an invite. Rather, claim element 1.f states that the steps of identifying which contacts on a contact list are to be invited, are repeated, of which the first step (step b) is to read *some portion* (between 0 and 100%) of all of |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341<br>Claim 1 | Snap Application |
|---|---|
| networked mobile devices is achieved; and | the contacts on the new user's phones.  I.e., every contact gets the chance to be selected in step b.<br><br>The user is asked to allow Snap to read some portion of the contacts, (step b) and send some portion of the contacts to Snap's servers (step c), to determine whether the contact is not already registered and thus should be sent an invitation (step d), and finally to install the Snapchat application on those invitees who accept the invitation.<br><br>Repeating steps b-e does not require that each contact on the mobile device receives an invite or installs software, because prior to those steps is step b, which requires narrowing down from the "all contacts" to "some contacts."  Rather, the element says that every contact gets the chance to be selected in step b.<br><br>Again, continuing the previous example, of the 5 users that accepted the previous invitation and had the Snapchat application installed on their phones, the Snapchat application asks each to allow some portion of the contact list (between 0 and 100%) of their contact list to be read by the Snapchat application.  Some portion of those contacts are then transmitted to the Snap servers, whereupon the process is replicated as described above.<br><br>In this manner, there is viral distribution as the process repeats with each new user/installation.  A first user's contacts are used to ultimately install the Snapchat application on one or more other user's phones.  Each of those other user/phones then sends invitations to one or more users, and so on.  As the process continues, more and more users are added, each being used to add more user.<br><br>In the example described here, from user 1 Snap was able to install the Snapchat application on 5 more phones.  From each of those 5 phones, Snap may succeed in installing the Snapchat application on 5 more phones for a total of 25 or more new users, and so on. |
| g. providing a server, adapted to provide said software running on said | Snap provides a server, adapted to provide said software running on said networked mobile device working in coordination with said server. |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 1 | Snap Application |
|---|---|
| networked mobile device working in coordination with said server by means of an applications database, a client's database and an application distribution unit, said client's database being subdivided into registered clients sub database and unregistered clients sub database, said applications database including all applications required to be installed in client's mobile networked devices, said application distribution unit being adapted to contact unregistered users in said unregistered clients sub database to invite some part of said unregistered users to install said software. | The **server** is Snap's server controlled by Snap, the location and details of which are known to Snap. For example, as shown in the screenshot (below left), Snap describes a server to which the user's contacts are uploaded.  The Snapchat application on a user's phone coordinates with the server(s) controlled by Snap to provide information to the Snapchat application user, such as photos, videos, and contact information.<br><br> <br><br>The mobile devices  and Snap server(s) work in coordination by means of an **applications database**.  The applications database includes all applications required to be installed in client's mobile device in order to provide the available mobile services used by the Snapchat application |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341<br>Claim 1 | Snap Application |
|---|---|
|  | user, such as the Snapchat software, APIs, etc,.  The application database is in the control of Snap and is known to Snap.  Snap maintains copies of the applications that they install on user's machines. Those copies of application are stored on a server located in a place known to Snap and controlled by Snap. (This could be a platform of AWS, Google, Meta, an independent platform, etc.)<br><br>The **client's database** on the Snap server(s) comprises data in Snap's control that identifies all registered clients and all unregistered clients.  As shown in the screenshots above right, Snap identifies those individuals/users who signed up for or installed the Snapchat application previously (registered clients) and those individuals who have not signed up for or installed the Snapchat application, but whose contact information is known to Snap (unregistered clients).  The client's database is therefore subdivided into registered clients sub database and unregistered clients sub database.  Previously unknown contacts are not in either database but can be added to the unregistered user database. |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341<br>Claim 1 | Snap Application |
|---|---|
| | For example, in the continuing example in these charts, if a user transmits the name of 20 contacts to invite, the server compares those to the client's database: Ten of them may already be registered, two of them may already be on the unregistered client's database (perhaps because they were previously invited but did not accept the invitation to install.); and, although not required by the claim, the other 8 would be added to the non-registered database until such time as they accept an invitation and are moved to the registered sub-database. All 10 of the non-registered users are sent an invitation to install the Snapchat application.<br><br>The Snapchat application and associated server includes an **application distribution unit** that is adapted to contact unregistered users in said unregistered clients sub database to invite some part of said unregistered users to install said software.<br><br>As shown above, a user is presented with a list of contacts not in the registered users sub-database, whom the user can choose to invite to use the Snapchat application. The user need not select all such contacts , but is allowed to choose "some part" of said contacts. Multiple contacts not in the registered users subdatabase are presented to the first user, and a choice is made of who to invite to the Snapchat application. Snap uses the application distribution unit to contact those unregistered users, such as by the type of notification shown here. Plaintiff does not know where in Snap code the unit is located, but that information is known to Snap.  |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341<br>Claim 1 | Snap Application |
|---|---|
|  | On information and belief, Snap's servers are hosted and managed on Google's Cloud Platform.<br><br>Source: https://www.vox.com/2017/3/1/14661126/snap-snapchat-ipo-spending-2-billion-google-cloud<br><br>https://www.businessinsider.com/snapchat-is-built-on-googles-cloud-2014-1 |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 10 | Snapchat application |
|---|---|
| 10. A system for viral distribution of applications on networked mobile devices, comprising: | Snap infringes claim 10 directly and/or contributorily. Snap infringes directly because it makes, uses, sells, offers for sale, and/or imports the Snapchat application and associated services as described herein ("Snapchat" or "Accused Instrumentalities" or "Snapchat System"). Snapchat System comprises a system for viral distribution of applications on networked mobile devices. Mobile devices can be cell phone, tablets, laptop computers, netbooks, or other mobile devices or wireless communications devices. As described herein, Snap is believed to make, use, sell, offer for sale, and import each of the elements of claim 10, and is therefore the direct infringer of this claim. Alternatively, if it is determined that Snap does not have control over one or more elements of the system, then Plaintiff alleges that Snap materially contributed to the infringement of the claim by providing the Snapchat application and/or other components that are each a substantial part of the infringing system. The Snapchat application is a social media messaging app owned by Snap, Inc. It includes a feature to virally invite other people to download and sign up for Snapchat. It does this by allowing current users to select contacts to be sent links by the Snapchat System by Snap accessing the phone's contact list. This Snap system that facilities having users send application download invitations to prospective users is a form of viral distribution. |
| a. application running on said networked mobile devices, | Snapchat requires the user to have the Snapchat application, owned by Snap and licensed to the user, installed and running on a networked mobile device in order for the user to virally distribute the application to other people. |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341<br>Claim 10 | Snapchat application |
|---|---|
| b. a database storing a contact list of said networked mobile devices; | The Snapchat System includes a database storing a contact list of networked devices.  Snapchat accesses a users' contact lists and incorporates that contact list into the Snapchat System  to allow messaging on Snapchat, as well to implement the invite feature to send links to contacts to download the application if the contact does not already have a Snapchat account. It utilizes a database to store the contact list of networked mobile devices.<br><br> |

| U.S. Patent 8,655,341 Claim 10 | Snapchat application | |
|---|---|---|
| |  | As shown in the screenshot, the database includes a contact list of networked mobile devices. |
| c. means for sending an invitation to install said application on some portion of those networked mobile devices listed on said contact list; | The system used by the Snapchat application includes a means for sending an invitation to install the Snapchat application on some portion of those networked mobile devices.<br><br>Snapchat prompts users to search for a contact they want to invite to download the application. There is an "invite" button next to each contact, when selected, the Snap System  sends an SMS message to the phone number linked to that user with a message to download Snapchat. | |

| U.S. Patent 8,655,341 Claim 10 | Snapchat application |
|---|---|
| |  Snap, via the Snapchat application and associated Snapchat server(s), sends an invitation to install the Snapchat application to unregistered users from "some portion" of the devices listed on the contact list.<br><br>The Snapchat application sends invitations to install the Snapchat application to unregistered users in the "portion" of the contact list (as selected by the user).<br><br>As seen, the Snapchat application sends invitations only to the portion of the contact list that is not registered and for which the user has selected to be in the invitation portion of the contact list. |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 10 | Snapchat application |
|---|---|
| | The means for sending the invitation includes, for example, an application distribution unit that is adapted to contact unregistered users in said unregistered clients sub database to invite some part of said unregistered users to install said software.<br><br> <br><br>As shown above, a user is presented with a list of unregistered users in the unregistered clients sub-database to whom the user can choose to have the Snapchat System invite to use the Snapchat application.  The user need not select all such unregistered users, but is allowed to choose only "some part" of said unregistered users.  Snap uses the application distribution unit to contact those unregistered users, such as by the type of notification shown here.  Plaintiff |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 10 | Snapchat application |
|---|---|
| | does not know specifically where in Snap code, firmware and hardware the unit is located, but that information is known to Snap. |
| d. installing said application upon accepting of said invitation to install said application; | The system used by the Snapchat application includes a means for installing the Snapchat application upon accepting the invitation.<br><br>As described above in element 1c, the Snapchat application sends an invitation and provides a means (such as a link in the invitation message) that allows the invitee to accept the invitation. Upon clicking on the acceptance link, the Snapchat application is installed by the Snap system.<br><br> |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 10 | Snapchat application |
|---|---|
| e. means to repeat steps b-d for each contact on each of said networked mobile devices, | Snap, via the Snapchat application and associated servers and facilities, then repeats Steps b-d, above, for each contact on each of said networked mobile devices that have accepted the invitation, whereby viral distribution of software across a multitude of networked mobile devices is achieved.<br><br>Claim element 10.e does not require that each contact on each mobile device receive an invite. Rather, claim element 10.e states that all of the steps are repeated, of which the first step (step b) is to have a database of contracts stored on the device. The second step (step c) is to select some portion (0 to 100%) of those contacts/networked devices to which an invitation will be sent.  I.e., every contact gets the chance to be selected in step c.<br><br>Repeating steps b-d does not require that each contact on the mobile device receives an invite or installs software, because prior to the install step is steps b and c, which requires narrowing down from the all contacts to "some portion" of the contacts/networked devices.<br><br>In this manner, there is viral distribution as the process repeats with each new user/installation. A first user's contacts are used to ultimately install the Snapchat application on one or more other user's phones.  Each of those other user/phones then sends invitations to one or more users, and so on.  As the process continues, more and more users are added, each being used to add more users. |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 10 | Snapchat application |
|---|---|
| f. a server, adapted to provide said application running on said networked mobile device working in coordination with said server by means of an applications database, a client's database and an application distribution unit residing on said server, said client's database being subdivided into registered clients sub database and unregistered clients sub database, said applications database including all applications required to be installed in client's mobile networked devices, said application distribution unit being adapted to contact unregistered users in said unregistered clients sub database to invite some portion of said unregistered users to install application; and |  <br><br>The system used by Snap with the Snapchat application includes a server, adapted to provide the Snapchat application running on said networked mobile device working in coordination with said server.<br><br>The **server** is Snap's server controlled by Snap, the location and details of which are known to Snap. For example, as shown in the screenshot (below left), Snap describes a server to which the user's contacts are uploaded. The Snapchat application on a user's phone coordinates with |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341<br>Claim 10 | Snapchat application |
|---|---|
| | the server(s) controlled by Snap to provide information to the Snapchat application user, such as photos, videos, and contact information.<br><br>The mobile devices and Snap server(s) work in coordination by means of an **applications database**. The applications database includes all applications required to be installed in client's mobile device in order to provide the available mobile services used by the Snapchat application user, such as the Snapchat software, APIs, etc,. The application database is in the control of Snap and is known to Snap. Snap maintains copies of the applications that they install on user's mobile devices. Those copies of application are stored on a server located in a place known to Snap and controlled by Snap.<br><br>The **client's database** on the Snap server(s) comprises data in Snap's control that identifies all registered clients and all unregistered clients. As shown in the screenshots above right, Snap identifies those individuals/users who signed up for or installed the Snapchat application previously (registered clients) and those individuals who have not signed up for or installed the Snapchat application, but whose contact information is known to Snap (unregistered clients). The client's database is therefore subdivided into registered clients sub database and unregistered clients sub database. |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 10 | Snapchat application |
|---|---|
| | For example, in the continuing example in these charts, if a user transmits the name of 20 contacts to invite, the server compares those to the client's database: Ten of them may already be registered, two of them may already be on the unregistered client's database (perhaps because they were previously invited but did not accept the invitation to install.); and, although not required by the claim, the other 8 would be added to the non-registered database until such time as they accept an invitation and are moved to the registered sub-database.  All 10 of the non-registered users are sent an invitation to install the Snapchat application. <br><br> The Snapchat application and associated server includes an **application distribution unit** that is adapted to contact unregistered users in said unregistered clients sub database to invite some part of said unregistered users to install said software. <br><br> As shown above, a user is presented with a list of users not in the registered clients sub-database to whom the user can choose to have the Snapchat System invite to use the Snapchat application.  The user need not select all such contacts, but is allowed to choose only "some part" of said contacts.  Multiple  users not in the registered subdatabase are presented to the first user, and a choice is presented of who to invite to the Snapchat application. Snap uses the application distribution unit to contact those unregistered users, such as by the type of notification shown here.  Plaintiff does not know where in Snap code the unit is located, but that information is known to Snap.  |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341<br>Claim 10 | Snapchat application |
|---|---|
| | On information and belief, Snap's servers are hosted and managed on Google's Cloud Platform.<br><br>Source: https://www.vox.com/2017/3/1/14661126/snap-snapchat-ipo-spending-2-billion-google-cloud<br><br>https://www.businessinsider.com/snapchat-is-built-on-googles-cloud-2014-1 |
| g. whereby viral distribution of applications across a multitude of networked devices is achieved. | By repeating the steps with each user, the system used by Snap with the Snapchat application achieves viral distribution of the Snapchat application across a multitude of users' mobile devices.<br><br>For example, a single user is leveraged to invite multiple friends/contacts from their contact list. One or more invited friends accepts the invitation.  Each of those new users are in turn leveraged to access their contacts and send multiple invitations to selected contacts, some of whom may become new users. In the example described here, from user 1 Snap was able to install the Snapchat application on, say, 5 more mobile devices.  From each of those 5 devices, Snap may succeed in installing the Snapchat application on 5 more devices for a total of 25 or more new users, and so on. |

**Exhibit B to First Amended Complaint**